THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Allen J. Capers #2, Appellant.
 
 
 

Appeal From Berkeley County
 J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-223
Submitted May 1, 2007  Filed May 14, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and  Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Allen Capers appeals his conviction and sentence for armed robbery.  Counsel for appellant filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Appellant also filed a pro se brief.
After a thorough review of the record and briefs pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we find no issues of arguable merit.  Accordingly, we dismiss Capers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.